Argued and submitted September 30, vacated and remanded November 10, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## DANNY BLAKE STUART,
*Appellant.*

(96-587; CA A100410)

989 P2d 480

Eric M. Cumfer argued the cause and filed the briefs for appellant.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

## PER CURIAM

Defendant appeals from a judgment convicting him of assault in the second degree. ORS 163.175(1)(c). All of defendant's assignment of errors, except one, were decided in a companion case. *See State v. Cook*, 163 Or App 578, 989 P2d 474 (1999). Defendant's remaining assignment of error does not merit discussion.

Judgment of conviction vacated; remanded for entry of judgment of conviction for lesser-included offense of third-degree assault.